802

No. 81.   AIKEN v. RICHARDSON.   *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *G. Seals Aiken, pro se. Ralph Williams* for appellee.

No. 220.   FERNANDEZ ET AL. v. KELLNER ET AL., CONSTITUTING THE FLORIDA STATE BOARD OF DENTAL EXAMINERS. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question.   *J. Tom Watson* for appellants.

No. 92.   HALLIDAY, ADMINISTRATRIX, v. UNION PROPERTIES, INC. ET AL.   *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question.   *Harry L. Deibel* and *James M. De Vinne* for appellant.   *Charles W. Sellers* for the Cleveland Metal Fabricating Co. et al., appellees.

No. 165.   BENIS v. GEORGIA.   *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question.   *Wallace Miller* and *Wallace Miller, Jr.* for appellant.   *W. O. Cooper, Jr.* for appellee.

No. 228.   FLORA REALTY & INVESTMENT CO. v. CITY OF LADUE.   *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question.   *Victor Packman* and *Morris Miller* for appellant.   *John H. Cunningham, Jr.* for appellee.